# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0640.  KERNIO DULCIO v. THE STATE.**

In 2008, Kernio Dulcio was found guilty of multiple crimes, for which he was sentenced to life in prison.  Dulcio's convictions were affirmed on appeal.  *Dulcio v. State*, 297 Ga. App. 600 (677 SE2d 758) (2009).  In June of 2017, Dulcio filed a "Motion to Dismiss Judgment and Indictment Based on Void Judgment," which the trial court denied.  Dulcio then filed this direct appeal.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  The Supreme Court has explained that such a motion "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  Thus, any appeal from an order denying or dismissing such a motion must be dismissed.  Id.; *Harper*, 286 Ga. at 218 (2).  An appeal may lie from an order denying or dismissing a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal.  *Harper*, 286 Ga. at 217 (1), n. 1.  Dulcio, however, has not done so.

"Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides."  *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).  When a sentence is within the statutory range of punishment, it is not void.  *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004).  Dulcio does not contend that his sentence exceeded the

statutory range of punishment; instead, he challenges the validity of his convictions. Because Dulcio has not raised a colorable void-sentence claim, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  11/21/2017
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*